UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JEFF HUANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 7:18-CV-11-REW |
| v. | ) | |
| | ) | JUDGMENT |
| UNIVERSITY OF PIKEVILLE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Court's prior rulings (DE 28 & DE 75), as well as the contemporaneously entered Opinion & Order, and pursuant to Federal Rule of Civil Procedure 58, the Court:

1. **ENTERS** Judgment in favor of Defendants;

2. **ENTERS** Judgment against Plaintiff; and

3. **STRIKES** this matter from the Court's active docket.

This resolves all claims, is a **FINAL** and **APPEALABLE** judgment, and there is no just reason for delay.

This the 12th day of November, 2019.

Signed By:
*Robert E. Wier* /s/ REW
United States District Judge